# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PHILIP FLEMING

VERSUS

MARRIOTT INTERNATIONAL,
INC., D/B/A SAN JUAN
MARRIOTT RESORT & STELLARIS
CASINO, AND AIG ASSURANCE
COMPANY AND/OR AIG PROPERTY
CASUALTY COMPANY AND/OR AIG
SPECIALTY INSURANCE COMPANY

NO. 2020 CW 0568

**AUGUST 03, 2020**

---

In Re:    Marriott International, Inc.; AIG Property Casualty
Company; and AIG Specialty Insurance Company, applying
for supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 682774.

---

BEFORE:    **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT